IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAHSHAUN CHAMBERS,** | : | No. 3:24cv1173 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **NOVO NORDISK INC.,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this _____ day of September 2024, before the court for disposition is Chief Magistrate Judge Joseph F. Saporito, Jr.'s[1] report and recommendation, which proposes the dismissal of plaintiff's complaint for failure to pay the requisite filing and administrative fees. (Doc. 6). No objections to the report and recommendation have been filed, and the time for such filing has passed. Additionally, the appropriate filing fees remain unpaid.

Because no objections have been filed, the court must determine if a review of the record evidences plain error or manifest injustice to decide whether to adopt the report and recommendation. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the

---

[1] Since the issuance of the report and recommendation, Chief Magistrate Judge Saporito has become a United States Court District Judge.

recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the report and recommendation shall be adopted. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 6) is **ADOPTED**;

2) The plaintiff's complaint (Doc. 1) is **DISMISSED**; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

*[signature]*

JUDGE JULIA K. MUNLEY
United States District Court